UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| FOUNTAIN LEASING, LLC, | ) | |
| Plaintiff, | ) | No. 3:10cv0979 |
| v. | ) | JUDGE HAYNES |
| RENASANT BANK, | ) | |
| Defendant. | ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/18/2011.

      KEITH THROCKMORTON, CLERK
      s/Tina M. Webster, Deputy Clerk